IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYVENA LAWRENCE EZELL,<br><br>  Plaintiff,<br><br>v.<br><br>MONGE & ASSOCIATES, P.C., a Georgia Corporation,<br><br>  Defendant. | Civil Action<br>File No.:    1:15-cv-00653-RWS |

## JOINT NOTICE OF SETTLEMENT

COME NOW plaintiff Lyvena Lawrence Ezell and defendant Monge & Associates, P.C., and jointly notify the Court that they have reached a settlement in this matter. The parties respectfully request the Court grant fourteen (14) days from the date of this Notice for the parties to prepare and submit written settlement terms for the Court's review for fairness.

This 18th day of March, 2016.

                          Goodman McGuffey Lindsey & Johnson, LLP
                          Attorneys for Defendant

        By: _____
                          ROBERT A. LUSKIN

        GA State Bar No.  004383
        rluskin@gmlj.com
        ERIN A. EASLEY
        GA State Bar No.  897138
        eeasley@gmlj.com
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        (404) 264-1500 Phone
        (404) 264-1737 Fax


        Martin & Martin, LLP
        Attorneys for Plaintiff


By:    */s/ KIMBERLY N. MARTIN*
        *[w/ express permission by  Erin A. Easley]*
        KIMBERLY N. MARTIN
        GA State Bar No.  473410
        Kimberlymartinlaw@gmail.com
        Thomas F. Martin
        GA State Bar No.  482595
        tfmartinlaw@msn.com
        Post Office Box 1070
        Tucker, GA 30085-1070
        (404) 313-5538 Phone
        (770) 837-2678 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYVENA LAWRENCE EZELL,<br><br>  Plaintiff,<br><br>v.<br><br>MONGE & ASSOCIATES, P.C., a Georgia Corporation,<br><br>  Defendant. | Civil Action<br>File No.:    1:15-cv-00653-RWS |

**RULE 7.1 CERTIFICATE OF COMPLIANCE**

The foregoing document is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 5.1C.

        *S/ERIN A. EASLEY*
        Erin A. Easley
        Goodman McGuffey Lindsey & Johnson, LLP
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        (404) 264-1500 Phone
        (404) 264-1737 Fax
        Email:  eeasley@gmlj.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYVENA LAWRENCE EZELL,<br><br>  Plaintiff,<br><br>v.<br><br>MONGE & ASSOCIATES, P.C., a Georgia Corporation,<br><br>  Defendant. | Civil Action<br>File No.:    1:15-cv-00653-RWS |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the ***Joint Notice of Settlement*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| Kimberly N. Martin, Esq. | Thomas F. Martin, Esq. |
|---|---|
| kimberlymartinlaw@gmail.com | tmartin@martinandmartinlaw.com |

This 18th day of March, 2016.

_____
ERIN A. EASLEY
GA State Bar No.  897138
eeasley@gmlj.com
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100

Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax

2224-0217/Doc ID #3699109.docx