# EXHIBIT "A"

## GENERAL RELEASE, INDEMNITY, CONFIDENTIALITY & NON-DISPARAGEMENT AGREEMENT

For and in consideration of the sum of Ten Thousand and No/100 Dollars ($10,000.00), paid directly to LYVENA LAWRENCE EZELL (hereinafter referred to as "the undersigned" or "Releasor"), and the sum of Eight Thousand Five Hundred and No/100 Dollars ($8,500.00) paid directly to Releasor's legal counsel Martin & Martin, LLP, the receipt of which is hereby acknowledged, together with the covenants, agreements and payments made hereunder, LYVENA LAWRENCE EZELL, does hereby release and forever discharge MONGE & ASSOCIATES, P.C. and UNITED STATES LIABILITY INSURANCE GROUP (hereinafter known as "Releasees"), their officers, employees, agents, former officers, employees, agents and officials, together with their heirs, executors, administrators, successors and assigns and all other persons, firms or corporations against whom or which Releasor might have a claim for any and all actions, causes of action, property damage (real or personal), personal injury, bodily injury, mental pain, anguish and/or suffering, suits, debts, dues, sums of money, accounts, damages, judgment, claims for loss of services and of consortium, claims and demands whatsoever, in law or in equity, whether known or unknown, which Releasor in any and all legal capacities ever had, now has or may or might in the future have against the Releasees arising by reason of or in any way connected, directly or indirectly, with the undersigned's employment with MONGE & ASSOCIATES, P.C. in Fulton County, Georgia.  Releasor understands and agrees that this release and discharge encompasses any and all claims brought, or which could have been brought, against MONGE & ASSOCIATES, P.C. in the civil lawsuit initiated by Releasor in the United States District Court, Northern District of Georgia,

Atlanta Division, styled <u>Lyvena Lawrence Ezell v. Monge & Associates, P.C.</u>, civil action no.: 1:15-cv-653-RWS (the "Lawsuit").

In 2017, USLI shall issue to Releasor an IRS form 1099 showing the amount paid to Releasor and to her legal counsel in the form's box 3. In 2017, USLI shall issue to Martin & Martin, LLP an IRS Form 1099 showing the amount of $8,500.00 for the payment of attorneys' fees, costs, and expenses of litigation in the form's box 14.

The settlement payment shall be delivered to Martin & Martin, LLP, no later than ten  (10) business days after the receipt of all of the following items, unless the Court directs otherwise: (i) an original of this Agreement with Releasor's signature; (ii) Releasor's Medicare Information identified in and required by this agreement; (iii) fully completed Forms W-9 for Ezell and Martin & Martin, LLP; and (iv) an Order from the Court dismissing, with prejudice, the lawsuit filed by Releasor against MONGE & ASSOCIATES, P.C.

Releasor represents and affirms that she has been paid and/or received all leave (paid or unpaid), compensation, wages, bonuses, commissions, and/or benefits to which she may be entitled arising from her employment with the Company, and that no other leave (paid or unpaid), compensation, wages, bonuses, commissions, and/or benefits are due her except as provided in this agreement.

It is expressly understood and agreed by Releasor that this Release, Indemnity, Confidentiality & Non-Disparagement Agreement shall encompass all claims and demands whatsoever in law or in equity, for, upon or by reason of any damages loss or injury, whether known or unknown, which may be traced either directly or indirectly to the above-named Releasees arising out of the aforesaid events, and arising on or before

the date of her signature to this Agreement no matter how remotely they may be related to the aforesaid Releasees or against Releasees only.

Releasor further acknowledges that this settlement Agreement is entered into and agreed upon by the parties solely as a good faith effort to resolve the dispute peacefully. Releasor further acknowledges that the decision to settle the claims by MONGE & ASSOCIATES, P.C. is strictly a business decision. In no way should this Agreement be construed as an admission of liability by MONGE & ASSOCIATES, P.C. The parties consider this to be a hotly disputed claim of liability. Releasor acknowledges and understands that MONGE & ASSOCIATES, P.C. vehemently denies all allegations of wrongdoing, liability, or violations identified in the lawsuit or under the Fair Labor Standards Act.

It is further understood and agreed by Releasor that this Release, Indemnity, Confidentiality & Non-Disparagement Agreement shall encompass any and all legal, equitable, and administrative claims Releasor may have against Releasees, known or unknown, arising from her employment with MONGE & ASSOCIATES, P.C. and/or relating to any alleged discrimination on the basis of race, color, religion, sex, pregnancy, national origin, handicap, or veteran status under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e), et seq., 42 U.S.C. § 1981, the Americans with Disabilities Act, the Rehabilitation Act of 1973, the Equal Pay Act, the Fair Labor Standards Act, Executive Order 11246, the Employee Retirement Income Security Act of 1974, the Veterans' Reemployment Rights Act, 38 U.S.C. § 4318, the Fair Labor Standards Act, the Occupational Safety and Health Act, the Georgia Equal Employment for the Handicapped Code, (O.C.G.A. §§ 34-6A-1 through 34-6A-6),

including any amendments and revisions to those laws, and any other similar federal, state or local antidiscrimination laws.

Releasor represents and warrants that she has not heretofore assigned or transferred, or purported to assign or transfer, to any person or entity, any claim, demand, damages, debt, liability, obligation, account, reckoning, cost, expense, lien, action, or cause of action, or any part or portion thereof, involved or referred in the lawsuit Releasor filed against MONGE & ASSOCIATES, P.C. or in this agreement.

Releasor further agrees to hold in strict confidence all matters concerning the Lawsuit and this Release, Indemnity, Confidentiality & Non-Disparagement Agreement, as well as the facts, circumstances and contents of the Agreement from the date of the Agreement forward.  Strict confidence, in the Agreement, requires:

> (a) Other than a spouse, tax advisor, or attorney consulted in connection with the Agreement, no communication with anyone, including, without limitation, current or former employees of MONGE & ASSOCIATES, P.C., about the contents of the Agreement, the facts and circumstances giving rise to the Agreement, or Releasor's former employment with MONGE & ASSOCIATES, P.C. or MONGE & ASSOCIATES, P.C's compensation practices; and

> (b) Each party to provide reasonable notice to the other party of any compulsory legal process, sent to or served on either party, which may necessitate the production of information concerning the Agreement.

Releasor further acknowledges that Releasees will suffer actual and substantial harm and damages, including but not limited to harm to their reputation and goodwill, should Releasor breach the confidentiality portion of this Agreement.

Releasor further agrees not to make any statements, written or verbal, that defame, disparage or in any way criticize the personal or business reputation of MONGE & ASSOCIATES, P.C. Releasor further acknowledges that a violation of the non-disparagement and/or confidentiality provision of this Agreement will constitute a

breach of this Release, Indemnity, Confidentiality & Non-Disparagement Agreement. Furthermore, Releasor recognizes that Releasees will suffer actual and substantial harm and damages, including but not limited to harm to their reputation and goodwill, should any of the parties be determined to have breached the confidentiality and/or non-disparagement portions of this Agreement. Likewise, Releasees agree that Scott Monge nor any supervisory employee in the human resources department of MONGE & ASSOCIATES, P.C. will make any statements, written or verbal, that defame, disparage or in any way criticize the personal or employment reputation of Releasor. Releasees acknowledge that a violation of this non-disparagement provision will constitute a breach of this Release and that Releasor will suffer actual and substantial har and damages, including but not limited to harm to their reputation and good will should these individuals breach this confidentiality provision. Releasor is directed to send all prospective employers who seek a reference from her former employer to contact Scott Monge, (owner) at (678) 382-6043 and such individual will only provide Releasor's job title and dates of employment. Releasees agree that no other information shall be provided upon a reference check of Releasor including the fact that Releasor was terminated.

It is understood and agreed that this Release, Indemnity, Confidentiality & Non-Disparagement Agreement is executed by Releasor voluntarily, based solely upon her own judgment and is not based on any representation or statements of any kind made by any of the persons, authorities, firms or corporations, or past or present officers, agents, employees thereof, released hereby, as to the merits, legal liabilities or value of the claims or potential claims of Releasor, and that no promise or agreement not herein expressed has been made to Releasor.

This Release, Indemnity, Confidentiality & Non-Disparagement Agreement is executed with the full knowledge and understanding that there may be more serious consequences, damages or injuries or separate or distinct consequences, damages or injuries as a result of the occurrences aforementioned, which are not now known and the consideration flowing to Releasor in connection with this settlement is accepted as final payment therefor.

Further, Releasor declares and represents that the injuries and damages sustained are or may be permanent and progressive in nature and that recovery therefrom is uncertain and indefinite and in making this Release it is understood and agreed that Releasor has relied wholly on the judgment of Releasor and the beliefs and knowledge of Releasor as to the nature, extent, effect and duration of said injuries and damages and liability therefor and this Release is made without reliance upon any statements or representations of the party or parties hereby released or its representatives or by any other person in any capacity by them employed.

It is further understood and agreed that this Release, Indemnity, Confidentiality & Non-Disparagement Agreement includes settlement and satisfaction of all claims of every nature held by Releasor in any legal capacity, direct or indirect, against all persons, firms or corporations, including those who are or might be held to be, joint tortfeasors with any party released hereby, as well as those to whom any of the parties released are, or may be held to be, liable by way of contribution or indemnity for the payment of all or any part of any claim arising out of or directly or indirectly related to her employment with MONGE & ASSOCIATES, P.C.

The agreement constitutes a full accord and satisfaction with Releasees of any and all claims arising out of injury or damage to Releasor against the Releasees herein

resulting from Releasor's employment with MONGE & ASSOCIATES, P.C. Releasor, in every legal capacity held, therefore agrees to completely indemnify and hold harmless the Releasees, individually, and jointly, against any and all claims arising out of injuries or damages to Releasor, including but not limited to, claims for real or personal property damage, claims for personal injury, or bodily injury or mental pain, anguish and/or suffering, claims for the value or cost of medical services provided and liens (including but not limited to all hospital and other medical providers' liens pursuant to O.C.G.A. § 44-14-470), and all subrogation claims of every kind and nature arising out of injury and property damage to Releasor asserted by any other persons, insurers, governments or other entities, including any claim for contribution or indemnity by any joint tortfeasor or successor tortfeasor claimed to be liable in tort to Releasor for injuries or damages resulting from this occurrence.  This duty to indemnify for all such claims as specified in this paragraph will apply even if the occurrence was or may have been caused solely by the negligence of any released party or anyone else.  Releasor hereby waives any and all rights of exemption, both as to real and personal property, to which Releasor may be entitled under the laws of this or any other state as against such claim for reimbursement or indemnity pursuant to this agreement.  This indemnity agreement specifically shall include all reasonable attorney's fees, costs and expenses of litigation, costs and expenses of investigation of claims, and monies expended in compromise and settlement of claims or satisfaction of judgments, or any other expenses incurred by any Releasees in conjunction with the assertion of any claim by Releasor or anyone else for injuries or damages arising out of this occurrence.  It is expressly understood and agreed that any attorney's fees, costs and expenses of litigation and other expenses described

above expended in enforcement of this indemnity agreement are also covered by this indemnity in favor of the Releasees.

Releasor further represents, declares and agrees that she fully understands the terms of this compromise General Release, Indemnity, Confidentiality & Non-Disparagement Agreement and that she relies upon her own judgment in entering into it and that she voluntarily accepts said sums for the purpose of making a full and final compromise, settlement and adjustment of the above-mentioned damages and claims.

**Medicare Information**:  Pursuant to Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007, The Center for Medicare and Medicaid Services must be provided the Releasor's full address, Social Security Number, date of birth, gender, and, if available, their Medicare Health Insurance Claim Number (HICN.)  Provision of this information is a condition of this settlement.   Spaces are provided at the end of this Release for compliance.

**Liens – Indemnity and Hold Harmless**:  It is expressly understood and agreed, Releasor further covenants and agrees that any and all Medicare, Social Security, hospital, medical insurance coverage subrogation claims and/or any and all other type of liens or interest that is and/or could be claimed by any person and/or entity, will be fully paid, satisfied and released from the settlement proceeds paid herein, in trust, unless and until such time as said liens and/or claims have been fully paid, satisfied or released.

In this regard, Releasor agrees to indemnify and hold harmless the Released Parties, their insurance carriers, their attorneys and all others in privity with them, from any claim by, through and/or under Releasor, including, but not limited to, any direct

claim by Medicare and/or Social Security for reimbursement of any funds paid by them relating to the injuries and claims arising from the occurrences in question.

**Medicare Set Aside:**  It is further expressly understood and agreed, to the extent applicable, Releasor covenants that she will set aside funds necessary in any approved Medicare Set Aside Account, to pay for any anticipated future medical and/or health care needs of Releasor, for any injury and/or condition that requires treatment that arises from the injuries related and/or caused by the occurrences in question.  In the alternative, Releasor shall covenant that she does not presently anticipate that she will require medical and/or health care treatment for the injuries and/or conditions related and/or arising from the occurrences in question. Further, should funds not be placed in an approved Medicare Set Aside Account for Releasor, and care and treatment for injuries and/or conditions reasonably related to the accident is subsequently sought, then Releasor covenants and represents to the Released Parties, their insurance carriers, their attorney and others in privity with them, that she will not submit nor seek payment for said medical care from Medicare and/or any other government funded program. This covenant and representation shall be included as part of the indemnification obligations of Releasor stated herein.

It is understood and agreed that the information provided below will be provided to The Centers for Medicare and Medicaid Services pursuant to The Medicare, Medicaid and SCHIP Extension Act of 2007.

Full Name as it appears on your
Social Security Card                              Social Security Number

Lyvena Lawrence Ezell                         ████████

Address                                               Date of Birth

████████                                            ████████

Austell, Georgia 30168

| Medicare Health Insurance Claim Number (HICN) | Gender |
|---|---|
| N/A | Female |

This Agreement constitutes the entire agreement among Releasor and Releasees, and there are no other understandings or agreements, written or oral, among them on the subject. The language of all parts of this Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against Releasor or Releasees.

RELEASOR AND RELEASEES HAVE READ THE FOREGOING GENERAL RELEASE, INDEMNITY, CONFIDENTIALITY & NON-DISPARAGEMENT AGREEMENT AND FULLY UNDERSTAND IT AND AGREE TO ITS TERMS.

This ___8___ day of ___April___, 2016.

_Lyvena L. Ezell_
LYVENA LAWRENCE EZELL

Monge & Associates, P.C.

By:___Scott Monge___
Name:___Scott Monge___
Title:___Owner___
Date:___4/15/16___