IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYVENA LAWRENCE EZELL, | |
| Plaintiff, | Civil Action |
| v. | File No.:    1:15-cv-00653-RWS |
| MONGE & ASSOCIATES, P.C., a Georgia Corporation, | |
| Defendant. | |

**[~~PROPOSED~~] ORDER APPROVING SETTLEMENT AGREEMENT**

The above-captioned case is before the Court for consideration of the Parties' Joint Motion for Approval of FLSA Settlement Agreement.   The Court has considered and reviewed the Parties' Motion and the proposed Settlement Agreement in this case and has determined it is fair and equitable in all respects.   Accordingly, the Court hereby **GRANTS** the Parties' Joint Motion, **APPROVES** the Settlement Agreement entered into by the Parties, and **ORDERS** the parties to file a Notice of Dismissal With Prejudice within ten days of Plaintiff's receipt of payment.   Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation and attorney's fees.

**SO ORDERED** this 28th day of April, 2016.

The Honorable Richard W. Story
United States District Judge